**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT CINCINNATI**

**UNITED STATES OF AMERICA,**
**Plaintiff,**

**vs.**                                            Case Number: CR-1-00-94-5
                                                   District Judge Herman J. Weber

**ROY SHARP**
                    **Defendant,**

**MOTION BY THE CLERK TO DISPOSE OF PASSPORT**

A Judgment and Commitment Order was filed in the above captioned matter on

September 5, 2001 .

At this time the Clerk's Office moves for the disposal of the surrendered passport.

                                        James Bonini, Clerk

                                        By: s/Darlene Maury
                                        Acting Division Manager

**ORDER**

Pursuant to the termination of the above captioned matter, the Clerk's Office is directed to dispose of the surrendered passport to:

            _____    Return to the named defendant.

            __X__      Return to:    United States Department of State
                                     Office of Passport Policy and Advisory Services
                                     2100 Pennsylvania Avenue N.W., 3rd Floor
                                     Washington, DC 20037

**IT IS SO ORDERED.**

                                        _____
                                        United States District Judge