| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) Chana M. Turner   C. Date of Delivery 4/16/06 |
| 1. Article Addressed to:<br><br>United States Department of State<br>Office of Passport Policy and Advisory Services<br>2100 Pennsylvania Ave. N.W., 3rd Floor<br>Washington, DC 20037<br><br>1:00 cr 94 (Doc 125) HJW | D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |
| 2. Article Number<br>(*Transfer from service label*) | 7002 0860 0006 5229 5749 |
| PS Form 3811, August 2001 | Domestic Return Receipt    102595-02-M-0835 |